No. 46741.—Protests 42341–K, etc., of John A. Chard et al. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the merchandise in question is similar to that the subject of Abstract 45323 it was held dutiable as waterproof cloth under paragraph 907, T. D. 47600, and T. D. 49753 at 30 or 25 percent ad valorem.